[No. 17915.   Department Two.   August 6, 1923.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIUS
MARIANI, *Appellant*.[1]

CRIMINAL LAW (250)—INTOXICATING LIQUORS (50)—JOINTIST—
EVIDENCE—SUFFICIENCY.  The weight and credibility of the testi-
mony of paid investigators or "stool-pigeons" employed to obtain a
conviction of being a jointist is a question for the jury.

Appeal from a judgment of the superior court for
Pierce county, Clifford, J., entered March 18, 1922,
upon a trial and conviction of being a jointist. Affirmed.

*George M. Thompson* and *Frank S. Carroll*, for
appellant.

*J. W. Selden, T. F. Ray,* and *J. A. Sorley,* for re-
spondent.

PEMBERTON, J.—The appellant was convicted by a
jury of the crime of being a jointist.  The testimony
shows that three paid investigators purchased liquor
for themselves and others, at various times, at the
boarding and rooming house of appellant.  It is the
contention of appellant that the testimony of these paid
investigators, commonly known as stool-pigeons, being
contradicted by appellant and his witnesses, is not
sufficient to sustain the verdict.

The weight of this evidence and the credibility of
these witnesses were questions for the jury to deter-
mine.  *State v. Kichinko,* 122 Wash. 251, 210 Pac. 364;
*State v. Hessel,* 112 Wash. 53, 191 Pac. 637.

The judgment is affirmed.

MAIN, C. J., FULLERTON, PARKER, and TOLMAN, JJ.,
concur.

[1]Reported in 217 Pac. 4.